UNITED STATES, Appellee

v

CHARLIE W. BABERS, Staff Sergeant, U. S. Air Force, Appellant

11 USCMA 163, 28 CMR 387

No. 13,452

Decided January 15, 1960

*Lieutenant Colonel James L. Kilgore* was on the brief for Appellant, Accused.

*Colonel John F. Hannigan* and *Major Lawrence J. Gross* were on the brief for Appellee, United States.

Opinion of the Court

ROBERT E. QUINN, Chief Judge:

The question in this case is whether the law officer erred to the prejudice of the accused by refusing to give the following requested instruction:

"A plea of guilty is a matter in mitigation which may be considered along with all the other facts and circumstances in the case. Time, effort, and expense to the Government usually are saved by a plea of guilty. Such a plea also may be a manifestation of repentance and a first step toward rehabilitation."

A similar issue was considered by us in United States v Rake, 11 USCMA 159, 28 CMR 383. For the reasons set out in our opinion in that case, we conclude that the law officer did not commit prejudicial error.

The decision of the board of review is affirmed.

Judge LATIMER concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Rake, 11 USCMA 159, 28 CMR 383.